**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CORRINE M. DEVITT,<br><br>Plaintiff,<br><br>v.<br><br>SANOFI-AVENTIS US, LLC,<br><br>Defendant. | Civil Action No. 4:23-cv-10516-MRG |

**DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS**

Pursuant to Local Rule 7.1(b)(3), Defendant, Sanofi-Aventis US, LLC ("Sanofi US" or "Defendant") hereby seeks leave to file a reply brief, not to exceed ten (10) pages, to concisely respond to certain arguments and representations made in Plaintiff's Opposition to Defendant's Motion to Dismiss. As grounds for this motion, Defendant states the following:

(1) Defendant filed a Motion to Dismiss on May 19, 2023. ECF Nos. 15, 16.

(2) In response, Plaintiff filed an opposition on June 6, 2023 (the "Opposition"). ECF No. 18.

(3) On June 29, 2023, the United States Supreme Court issued its decision in *Groff v. DeJoy*, 143 S. Ct. 2279 (2023), which Defendant wishes to raise with this Court, since it is relevant to Defendant's "undue hardship" argument.

(4) In addition, on August 1, 2023, the District Court for the District of Massachusetts (Cabell, J.) issued a decision in a similar matter to this one in *McEntee, et al., v. Beth Israel Lahey Health, Inc., et al.*, No. 22-CV-11952-DLC, 2023 WL 4907617, at *1 (D. Mass. Aug. 1, 2023), involving Plaintiff's same counsel, and involving many of the same claims that are

subject to Defendant's Motion to Dismiss, which Defendant wishes to bring to this Court's attention, as its reasoning may be persuasive.

(5) Finally, in anticipation of the Parties' October 4, 2023 oral argument, Defendant has identified several additional issues meriting reply, to aid the Court's analysis of the Motion to Dismiss and Opposition.

(6) Attached as **Exhibit 1** is a copy of Defendant's Reply, which is fewer than ten (10) pages. The above-referenced decisions are attached as **Exhibits 2 and 3**, respectively.

(7) On September 15, 2023, counsel for Defendant, Mr. Kelleher, conferred with Plaintiff's counsel via email. Counsel for Plaintiff, Mr. Spinale, stated that he would consider consenting to the relief sought by this Motion if he received an advance copy. Counsel for Defendant provided an advance copy on September 15, 2019, and followed up on September 18, 2023 to determine whether Plaintiff would consent. Counsel for Defendant has not received a response to the latest correspondence.

Accordingly, Defendant respectfully requests that the Court grant this motion, allowing Defendant to file its reply. The proposed reply brief is attached hereto as Exhibit 1.

**REQUEST FOR ORAL ARGUMENT**

Defendant respectfully requests that the Court hear oral argument with respect to this Motion.

**DATED: September 19, 2023**

Respectfully submitted,

SANOFI-AVENTIS US, LLC,

By its attorneys,

*_/s/ Kristin G. McGurn_*
Kristin G. McGurn (BBO No. 559687)
kmcgurn@seyfarth.com
Christopher W. Kelleher (BBO No. 705508)
ckelleher@seyfarth.com
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 1200
Boston, MA 02210-2028
Telephone: (617) 946-4800
Telecopier: (617) 946-4801

**CERTIFICATE OF SERVICE**

I, Kristin G. McGurn, certify that on September 19, 2023, I caused a true and accurate copy of the foregoing document to be filed and uploaded to the CM/ECF system.

*/s/ Kristin G. McGurn*
Kristin G. McGurn

**LOCAL RULE 7.1(a)(2) CERTIFICATE**

I hereby certify that on September 15, 2023, pursuant to Local Rule 7.1(a)(2), counsel for Defendant, Mr. Kelleher, conferred with Plaintiff's counsel regarding the issues raised in this motion in a good faith attempt to resolve or narrow any areas of disagreement.

*/s/ Kristin G. McGurn*
Kristin G. McGurn