**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CORRINE M. DEVITT,

Plaintiff,

v.

SANOFI-AVENTIS US, LLC

Defendant.

**Civ. Action No.:** 23-cv-10516-MRG

**SHOW CAUSE ORDER FOR PLAINTIFF TO AMEND COMPLAINT AS NECESSARY**

**GUZMAN, D. J.**

On April 4, 2024, this Court granted the Motion to Dismiss on all counts, allowing the leave to amend Count I, via E-order with a memorandum of law to follow [ECF No. 26]. Plaintiff, Corrine Devitt, promptly filed a Second Amended Complaint ("SAC") following the E-order, prior to the Court's memorandum of law. [ ECF No. 27]. Defendant Sanofi did not respond to the SAC presumably waiting for the Court's opinion. The memorandum of law is now docketed.

The Court will allow Plaintiff to amend her pleadings once more to address any outstanding issues pursuant to the Court's memorandum. She has **30 days** to file from the release of this order. Defendant will have **21 days** to respond to the Plaintiff's new pleading. Fed. R. Civ. P. 12(a)(1)(A)(i).

The issue of COVID-19 vaccine mandates in the workplace has been highly litigated over the last several years. The Court expects the parties to note that standards of law have changed in the First Circuit since the E-order was initially docketed. [1]

Parties are to propose a new briefing schedule and to contact the court to set a status conference.

**SO ORDERED.**

Dated: August 4, 2025

/s/ Margaret R. Guzman
Margaret R. Guzman
United States District Judge

[1] The Court directs the parties to changes in the First Circuit, particularly Bazinet v. Beth Israel Lahey Health, Inc., 113 F 4th 9 (1st Cir. 2024) and Thornton v. Ipsen Biopharmaceuticals, Inc., 126 F. 4th 76 (1st Cir. 2025).