# EXHIBIT A

SANOFI

**RELIGIOUS ACCOMMODATION REQUEST – COVID-19 VACCINE EXEMPTION**

| | |
|---|---|
| Name: Corrine Devitt | Manager: Robert Milcarek |
| Position/Title: Manager / Cell Therapy | Email: corrine.devitt@hotmail.com |
| Phone Number: 508-574-5601 | Workday ID: N/A |
| Assigned Work Location: Framingham, MA | State of Residence: MA |

Completing this form will assist Sanofi US* in evaluating your request to be exempted from Sanofi US's requirement that you be vaccinated against COVID-19 based on a sincerely religious belief, observance or practice. Sanofi US may seek further information as part of its interactive process to determine whether a reasonable accommodation can be made without undue hardship. Although Sanofi US will consider any specific type of accommodation you propose, you may be offered an alternative accommodation to eliminate the conflict between your practice, observance or belief and Sanofi US's vaccination requirement. Additionally, Sanofi US may determine it is not able to provide any reasonable accommodation. Sanofi US's ability to provide a reasonable accommodation will take into account various considerations, including legal compliance, safety and health, security requirements, the potential negative impact on Sanofi US's operations, impact on other employees and/or health care providers and customers, as well as cost and limitations on Sanofi US's resources. Sanofi US's ability to provide a reasonable accommodation may change over time depending on changes to these various factors and other business considerations and Sanofi US therefore reserves the right to reconsider any granted accommodation as circumstances change.

**Please note the following:**

- **You must submit this form to Employee Relations (employee.relations@sanofi.com) within THREE (3) BUSINESS DAYS of receipt. Absent exceptional, unforeseen circumstances, late-submitted requests will not be reviewed and will be denied.**

- **You must use this form and your own words in order to submit a request. Your explanation should include enough detail that Sanofi US can discern the religious belief, observance or practice that is the basis of your request, and that such beliefs/observances/practices are sincerely held and consistently guide and influence your life. Writing "see attached" and only submitting other documents (e.g. statements or letters obtained from the internet or copied) will not be considered compliant and any requests submitted in such fashion will be subject to denial.**

| QUESTION | RESPONSE |
|---|---|
| 1) What is the religion for which you are seeking an accommodation? | Biblically based Christian |

Case 4:23-cv-10516-MRG Document 27-1 Filed 04/23/24 Page 3 of 5
Case 4:23-cv-10516-MRG Document 11-1 Filed 09/19/23 Page 3 of 5

SANOFI

| QUESTION | RESPONSE |
|---|---|
| 2) What is the specific sincerely held religious belief, observance or practice for which you are seeking accommodation? | I am a Biblically based Christian, my beliefs and faith are the foundation of my life. However I am a member of a minority part of Christianity that seeks wisom and guidance directly from scripture, and the Holy Spirit, rather than relying on a faith leader to do so for me. Theology can be a very complex issue, and when eternal salvation hangs in the balance, it is up to each of us as believers to study the Word for ourselves. I believe that we are created by God, to be a temple of the Holy Spirit, that the body is important to that connection. I believe that we are supposed to be obedient to God, put our absolute trust and faith in Him. |
| 3) Describe the conflict between the religious belief, observance or practice and Sanofi US's requirement to obtain a Covid-19 vaccine. In your own words provide as much specificity as possible, and identify all areas of conflict, including without limitation whether the conflict is with all vaccines, only Covid-19 vaccines, or only specific Covid-19 vaccines. | Explaining a lifetime of theological study in a paragraph would be impossible. To abbreviate as much as possible, I believe that God created man, and we were created in the image of God. Our bodies designed and created exactly as they were meant to be, to be the temple for the Holy Spirit. Scripture places a lot of importance on the maintainence and treatment of the body, with entire sections of The Torah being dedicaded to the physical upkeep. I believe that this is an anointed and yet fragile connection. Scripture even tells us that there will be a day when the Spirit of God will dwell with man no more. I also believe that the physical and spiritual are always connected. Physical sin hurts the Spirit, defiling the physical body defiles the spirit as well. As such, not only can I not take this vaccine, but I also do not smoke, I dont drink to excess, I am faithfully married. I also take caution when it comes to other pharmaceuticals as well. I frequently seek natural or holistic alternatives. For me to take the covid vaccines, would be a blasphemous sin, and it would be me placing trust in man, rather than God. For me, to take the covid vaccine would be to forfeit my connection with God, and therefore, forfeit my eternal salvation.<br>Relevant Scripture: Genesis 5:1-2 - 1 Corinthians 6:19 - Psalm 118-8 - Matthew 15-10-15 |

SANOFI

| QUESTION | RESPONSE |
|---|---|
| 4) Describe how you have adhered to observation of the religious belief, observance or practice in your life and how it impacts other areas of your life. | I do not drink excessively, I do not smoke, I have never tattooed my body, I am not sexually promiscuous. I am very cautious of any type of medication and/or treatments I utilize, frequently seeking out natural or holistic alternatives. I seek scripture and the Holy Spirit to guide me in all things. |
| 5) Describe the accommodation that you propose to eliminate the conflict between your religious belief, observance or practice and Sanofi US's requirement to obtain a Covid-19 vaccine as a condition of continued employment. Include any alternative accommodations that you believe will also eliminate the conflict. | I have managed to maintain a safe work enviroment throughout the entirety of the pandemic, and I am happy and eager to continue to do so for Sanofi. I am capable of self-symptom monitoring, masking, and should the need arise I am happy to test. |
| 6) Describe how you can continue to perform the essential functions of your position with each of the proposed accommodation(s). | In my position utilization of masks would not affect my work or my preformance at all. Self-Symptom monitoring happens throughout the day, and testing can be done easily, and quickly, before or after a shift each week. |

SANOFI

| QUESTION | RESPONSE |
|---|---|
| 7) If requested, what verification can you provide from a third person to support this request for an accommodation? | Yes |
| 8) Is there any other information that you believe will assist in Sanofi US's consideration of your request? | I hope that I have expressed what I believe in a way that is easily understandable. I have never before needed to explain or justify my beliefs, in order to obtain a position within my field. I love the work that I do, and while my beliefs are intimately private to me, they are a fundamental core of who I am, but I simply cannot forfeit my beliefs, my connection with God, or my eternal salvation. Thank you for your consideration. |

**I affirm that the Covid-19 vaccines are contrary to my sincerely held religious beliefs, observances or practices as described in this document, and that my objections to the Covid-19 vaccines are not made on grounds of social, political or economic preferences, or inconvenience.**

**I verify that the information I have submitted in this form is in my own words and complete and accurate to the best of my knowledge. I understand that any misrepresentation contained in this request may result in disciplinary action, up to and including termination of employment.**

**I also understand that my request may not be granted if it is not reasonable or if it creates an undue hardship for Sanofi US. I understand that any religious accommodation granted now may be reviewed periodically by Sanofi US to ensure it is reasonable and does not create an undue hardship at a later date. I understand that Sanofi US prohibits retaliation for requesting a religious accommodation, and that if I should have any concerns about retaliation, I will report them immediately to Human Resources.**

Signature: Corrine Devitt Date: 05JAN22

*Sanofi US refers to all Sanofi entities in the United States.