**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CORRINE M. DEVITT,<br><br>Plaintiff,<br><br>v.<br><br>SANOFI-AVENTIS US, LLC,<br><br>Defendant. | Civil Action No. 4:23-cv-10516-MRG |

**JOINT [PROPOSED] SCHEDULING ORDER**

December 5, 2025

GUZMAN, D.J.

This Scheduling Order is intended to provide a reasonable timetable for discovery and motion practice in order to help ensure a fair and just resolution of this matter without undue expense or delay.

**Timetable for Discovery and Motion Practice**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f), it is hereby ORDERED that:

1. **Defendant's Responsive Pleading.** The parties held a status conference with Judge Guzman on November 24, 2025 to discuss the status of Plaintiff's anticipated Fourth Amended Complaint in light of Defendant's Assented-To Motion to Extend Defendant's Deadline to File Responsive Pleading (Dkt. 35). Judge Guzman ordered on the record that, rather than having Plaintiff file a Fourth Amended Complaint, she will strike the retaliation claim from the Third Amended Complaint because the retaliation claim was previously dismissed with prejudice. The parties agree that Defendant will file its responsive pleading to the Third Amended Complaint no later than December 19, 2025.

2. **Initial Disclosures**. Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by January 9, 2026.

3. **Fact Discovery Deadline**. All discovery, other than expert discovery, must be completed by June 26, 2026.

4. **Status Conference**. A status conference will be held on a date amenable to the Court. Two days prior to the status conference, the parties shall file a status report

indicating the current status of the case, including whether the parties intend to seek expert discovery and/or intend to file any dispositive motions, whether the parties are interested in mediation, as well as any other matter relevant to the progress of the case.

5. **Expert Discovery**.

   a. Plaintiff's trial experts, if any, must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by July 10, 2026.

   b. Defendant's trial experts and any rebuttal experts, if any, must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by August 10, 2026.

   c. Plaintiff must take expert depositions, if any, by October 2, 2026.

   d. Defendant must take expert depositions, if any, by October 16, 2026.

6. **Alternative Dispute Resolution.** Court-sponsored mediation, if any, to be completed by November 7, 2026.

7. **Summary Judgment Motions**.

   a. Motions for summary judgment must be filed by December 18, 2026.

   b. Opposition to motions for summary judgment are due twenty-one (21) days thereafter.

   c. Reply memoranda in support of motions for summary judgment are due within fourteen (14) days of the filing of the opposition.

   d. Sur-reply memoranda are not permitted.

8. **Trial**. The parties will be ready for trial on a date set by the Court after ruling on motions.

## Procedural Provisions

**1. Extension of Deadlines**. All requests to extend or modify deadlines must be made by motion and must state: (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; (4) the reasons for the requested extension; and (5) whether the opposing party consents and, if not, the reasons given for refusing to consent. The motion shall also contain a summary of the discovery, if any, that remains to be taken, and a specific date when the requesting party expects to complete the additional discovery, join other parties, amend the pleadings, or file a motion. Motions to extend or modify deadlines will be granted only for good cause shown.

If the requested extension or modification affects any other scheduled dates, a represented party must submit a proposed revised scheduling order using this template. (A pro se party may, but is not required to, submit a proposed revised scheduling order.)

Absent an emergency, any request for an extension or adjournment shall be made at least forty-eight hours prior to the deadline or scheduled appearance.

**2.** **Motions to Compel or Prevent Discovery**. Except for good cause shown, motions to compel discovery, motions for protective orders, motions to quash, motions to strike discovery responses, and similar motions must be filed no later than seven days after the close of fact discovery or the close of expert discovery, whichever deadline is relevant. If additional discovery is compelled by the Court after the relevant deadline has passed, the Court may enter such additional orders relating to discovery as may be appropriate.

**3.** **Status Conferences**. The Court has scheduled a status conference after (or close to) the close of fact discovery for case management purposes. Upon request of counsel, or at the Court's own initiative, additional case-management or status conferences may be scheduled.

**4.** **Early Resolution of Issues**. The Court recognizes that, in some cases, resolution of one or more preliminary issues may remove a significant impediment to settlement or otherwise expedite resolution of the case. Counsel are encouraged to identify any such issues and to make appropriate motions at an early stage in the litigation.

**5.** **Pretrial Conference**. Lead trial counsel are required to attend any pretrial conference.

____________________________________

United States District Judge