**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CORRINE M. DEVITT,<br><br>Plaintiff,<br>v.<br><br>SANOFI-AVENTIS US, LLC,<br><br>Defendant. | Civil Action No. 4:23-cv-10516-MRG |

**JOINT NOTICE OF SETTLEMENT AND**
**MOTION FOR 30-DAY ORDER OF DISMISSAL**

Plaintiff Corrine Devitt ("Plaintiff") and Defendant Sanofi-Aventis US, LLC ("Sanofi"), by and through their respective undersigned counsel, hereby notify the Court that on March 10, 2026, the Parties reached a settlement in this matter. The Parties are in the process of drafting and finalizing a written settlement agreement. The Parties anticipate that they will be able to file a stipulation of dismissal with prejudice within thirty days of the filing of this notice. Accordingly, the Parties respectfully request the Court issue a 30-day Order of Dismissal and stay the remaining deadlines for thirty days to permit the Parties to finalize the general release and settlement agreement.

DATED: March 11, 2026

Respectfully submitted,

By: */s/ Christopher W. Kelleher*
Kristin G. McGurn (BBO No. 559687)
kmcgurn@seyfarth.com
Christopher W. Kelleher (BBO No. 705508)
ckelleher@seyfarth.com
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 1200
Boston, MA 02210-2028
Telephone: (617) 946-4800
Facsimile: (617) 946-4801

ATTORNEYS FOR DEFENDANT
SANOFI-AVENTIS US, LLC

*/s/ Joseph Spinale*
Richard C. Chambers, Jr. (BBO No. 651251)
richard@chamberslawoffice.com
Joseph Spinale (BBO No. 548547)
joe@chamberslawoffice.com
CHAMBERS LAW OFFICE
220 Broadway, Suite 404
Lynnfield, MA 01940
Telephone: (781) 581-2031
Facsimile: (781) 581-8449

ATTORNEYS FOR PLAINTIFF
CORRINE M. DEVITT

**CERTIFICATE OF SERVICE**

I, Christopher W. Kelleher, certify that on March 11, 2026, I caused a true and accurate copy of the foregoing document to be filed and uploaded to the CM/ECF system.

*/s/ Christopher W. Kelleher*
Christopher W. Kelleher