**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **CORRINE M. DEVITT,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**SANOFI-AVENTIS US, LLC.,**<br><br>***Defendant.*** | **CIVIL ACTION**<br>**NO. 23-10516-MRG** |

**SETTLEMENT ORDER OF DISMISSAL**

**GUZMAN, D.J.**

The Court, having been advised on March 11, 2026 that the above titled matter has settled, **IT IS ORDERED** that this action is hereby **DISMISSED**, upon good cause shown, to reopen within THIRTY (30) days if settlement is not consummated.

By the Court,

March 12, 2026
Date

/s/ Suzanne Frisch
Deputy Clerk